Michael A. Isaacs, State Bar No. 99782
Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
E-mail: misaacs@luce.com

Counsel for Andrea A. Wirum
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA PLAN, INC.,<br><br>Debtor. | Case No. 06-50442-MM<br>Chapter 11<br><br>Date: June 2, 2006<br>Time: 11:00 a.m.<br>Place: 280 South First Street<br>Courtroom 3070<br>San Jose, CA 95113 |

### TRUSTEE'S MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 PROCEEDING

Andrea A. Wirum, Chapter 11 Trustee of the estate of the above Debtor, hereby moves the Court for an order converting the above case to a Chapter 7 proceeding.

The grounds for the motion are set forth in the Chapter 11 Trustee's report under 11 U.S.C. § 1106(a)(3) and her recommendation under 11 U.S.C. § 1106(a)(4) filed on May 3, 2006, as docket number 60.

DATED: May 5, 2006        LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                          By: /s/ Charles P. Maher
                              Charles P. Maher
                              Counsel for Andrea A. Wirum, Chapter 11 Trustee

199228.1