Michael A. Isaacs, State Bar No. 99782
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
E-mail:  misaacs@luce.com
         nle@luce.com

Attorneys for Andrea A. Wirum,
Chapter 11 Trustee

**The following constitutes
the order of the court. Signed July 11, 2006**

_____
**Marilyn Morgan
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA PLAN, INC.,<br><br>Debtor. | Case No. 06-50442-MM<br>Chapter 11<br><br>**ORDER AUTHORIZING CONVERSION OF CASE PURSUANT TO BANKRUPTCY CODE SECTION 1106(a)(5) AND CONFIRMING APPOINTMENT OF ANDREA A. WIRUM AS TRUSTEE**<br><br>Date:  July 7, 2006<br>Time:  11:00 a.m.<br>Place:  280 South First Street<br>           Courtroom 3070<br>           San Jose, CA 95113 |

The hearing on the Chapter 11 Trustee's Report Under 11 U.S.C. § 1106(a)(3) And Recommendation Under 11 U.S.C. § 1106(a)(4) And Motion For Order Converting Case To Chapter 7 (the "Trustee's Report") filed by Andrea A. Wirum, Chapter 11 Trustee ("Trustee") of the estate of the above named Debtor came regularly before the Court on July 7, 2006 at 11:00 a.m.  Michael A. Isaacs, Luce, Forward, Hamilton & Scripps, LLP appeared on behalf of Andrea A. Wirum, Chapter 11 Trustee.  Nanette Dumas appeared on behalf of the United States Trustee. Other appearances are noted in the record.

The Court, having considered the Trustee's Report, the statements of counsel at the time of

the hearing, that Andrea A. Wirum was selected to serve as Chapter 7 Trustee, it appearing that notice as been adequate, that no objections have been filed, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's recommendation as described in the Trustee's Report is approved.
2. This case is converted to a case under Chapter 7 of the Bankruptcy Code.
3. The selection of Andrea A. Wirum as Chapter 7 Trustee, as noted at the time of the hearing, is hereby confirmed.
4. The Trustee will serve under her Chapter 7 blanket bond.

**\*\* END OF ORDER \*\***

| | |
|---|---|
| 1 | |
| 2 | ** *COURT SERVICE LIST* ** |
| 3 | |
| 4 | Andrea A. Wirum<br>Trustee in Bankruptcy |
| 5 | P.O. Box 1108<br>Lafayette, CA 94549 |
| 6 | |
| 7 | |
| 8 | Office of U. S. Trustee<br>280 S. First Street, Suite 268<br>San Jose, CA  95113 |
| 9 | |
| 10 | 202185.1 |