1  Michael A. Isaacs, State Bar No. 99782
   Charles P. Maher, State Bar No. 124748
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.4610

5

   Counsel for Andrea A. Wirum
6  Trustee in Bankruptcy

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  In re                              | Case No. 06-50442-MM
                                       | Chapter 7
12  CALIFORNIA PLAN, INC.,

13
              Debtor.
14

15
                **MOTION FOR ORDER AUTHORIZING COMPROMISE**
16

17       Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves

18  the Court for an order authorizing her to enter into a compromise with Coastal International

19  Airways and Seaborne Virgin Islands.

20       On April 8, 2008, the Trustee served on creditors and other interested parties notice of her

21  intent to enter into a compromise with Coastal International Airways and Seaborne Virgin Islands

22  of claims for avoidance and recovery of fraudulent transfers.  An authentic copy of the notice is

23  attached as **Exhibit A** and is incorporated by reference in this motion.

24       By her notice, the Trustee disclosed to creditors her intent to accept the sum of $435,000

25  cash and withdrawal of the $3 million proof of claim filed by Coastal International Airways and

26  Seaborne Virgin Islands in full and complete satisfaction of her claims for avoidance and recovery

27  of fraudulent transfers made by the Debtor to them.

28

The terms of the compromise and the Trustee's justification for it are thoroughly described in the Trustee's April 8, 2008, notice.

WHEREFORE the Trustee requests entry of an order authorizing her to enter into the compromise with Coastal International Airways and Seaborne Virgin Islands as described in her notice to creditors.

DATED: April 8, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Charles P. Maher
Charles P. Maher
Counsel for Andrea A. Wirum, Trustee

301035546.1