Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CALIFORNIA PLAN, INC., <br><br> Debtor. | Case No. 06-50442 CN <br> Chapter 7 |

## MOTION FOR ORDER AUTHORIZING RESERVATION OF ASSET FROM ABANDONMENT

Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtors, hereby moves the Court for an order authorizing her to reserve from abandonment under 11 U.S.C. § 554(c) a judgment obtained by the Trustee against Thomas W. Challman.

In 2007, the Trustee obtained a judgment in the original principal amount of $75,000 against Mr. Challman. Enforcement efforts have not succeeded as of the date of this notice. However, the Trustee has liens on record that may lead to collection in the future. If money is received or there is a real prospect that money will be received, the Trustee will initiate the process of having the case re-opened so that funds can be distributed in accordance with the provisions of the Bankruptcy Code.

Section 554(c) of the Bankruptcy Code provides that assets not administered by the Trustee are automatically "abandoned" when the case closes, "unless the court orders otherwise." By this notice, the Trustee is informing creditors and others that she is seeking such an order from

1 the Court reserving the judgment against Mr. Challman from abandonment under Section 554(c).

2       WHEREFORE the Trustee moves the Court for an order reserving from abandonment the

3 asset described in her November 15, 2010, notice to creditors.

5 DATED: November 15, 2010      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7 By: *(signature)*
        Charles P. Maher
8         Counsel for Andrea A. Wirum, Trustee

301199389.1