Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA PLAN, INC.,<br><br>Debtor. | Case No. 06-50442 CN<br>Chapter 7 |

## CERTIFICATE OF SERVICE BY MAIL

I, Nelly M. Quintanilla, declare that:

1. I am employed in the City and County of San Francisco, California. My business address is 121 Spear Street, Ste. 200, San Francisco, California 94105. I am over the age of 18 years and not a party to the above-entitled action. I work in the office of a member of the bar of this Court, at whose direction the service was made.

2. I am familiar with Luce, Forward, Hamilton & Scripps, LLP's, practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

3. On this date, I served the following document:

**Motion for Order Authorizing Reservation of Asset from Abandonment**

by placing a true copy thereof enclosed in a sealed envelope, postage thereon fully prepaid, in the designated area for outgoing mail at San Francisco, California, which envelopes were addressed to the following persons:

United States Trustee
280 South First Street, #268
San Jose, CA 95113

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on November 15, 2010, in San Francisco, California.

_____
Nelly M. Quintanilla

301199390.2