Andrea Wirum Ch 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
(415) 294-7710
Trustee in Bankruptcy

FILED
AUG - 1 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. **06-50442** |
|---|---|
| **CALIFORNIA PLAN, INC.** | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $9.03. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000004 | LISA BENNETT<br>510 Chateau LaSalle Dr.<br>San Jose, CA 95111 | 1,627.71 | 6.91 |
| 000036 | GE CAPITAL<br>Productivity Card, P.O. Box 520310<br>Bluff, UT 84512 | 185.50 | 0.78 |
| 000057 | GE CAPITAL<br>c/o Productivity Card, 4246 S. Riverboat Rd.<br>Salt Lake City, UT 84123 | 185.50 | 0.78 |
| 000129 | SURE WEST COMMUNICATIONS<br>JPOB 1110<br>Roseville, CA 95678 | 131.18 | 0.56 |
| | Total Unclaimed Dividends: | | $9.03 |

Dated: July 26, 2011

_Andrea W____
Andrea Wirum Ch 7 Trustee, TRUSTEE